IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF COLORADO UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 08-cv-02623-BNB

JAN 2 1 2009

DENNIS MICHAEL BLAY,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

STATE OF COLORADO, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.

_____

## ORDER OF DISMISSAL

_____

Plaintiff Dennis Michael Blay initiated this action by filing a pleading titled,

"Affidavit of Assessment." On December 3, 2008, Magistrate Judge Boyd N. Boland

entered an order, in which he directed the Clerk of the Court to commence a civil action

and instructed Plaintiff to cure certain deficiencies if he wished to pursue his claims.

Specifically, Magistrate Judge Boland ordered Plaintiff to file the Complaint on a proper

Court-approved form used in filing *pro se* prisoner complaints and to submit a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Plaintiff also was warned that the Complaint and the action would be dismissed without

further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has

failed to cure all of the identified deficiencies within the time allowed. The Complaint

and the action will be dismissed without prejudice for failure to cure all deficiencies.

Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for

failure to cure all deficiencies.

DATED at Denver, Colorado, this 15 day of _____ Jan. _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02623-BNB

Dennis Michael Blay
Prisoner No. 80434
CTCF
Unit CH1
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/09

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk